United States District Court
Southern District of Texas
**ENTERED**
December 30, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| HORIZON SURGERY CENTER, PLLC, | § § § | |
| Plaintiff. | § § | 3:25-cv-00255 |
| V. | § § | |
| D. REYNOLDS COMPANY, LLC, | § § § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 13, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 4. Judge Edison filed a memorandum and recommendation on December 1, 2025, recommending that the court grant the defendant's partial motion to dismiss. Dkts. 13, 20 at 9.

Neither party has filed objections to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 20) is approved and adopted in its entirety as the holding of the court; and

(2) the defendant's partial motion to dismiss (Dkt. 13) is granted.

SIGNED on Galveston Island this 30th day of December 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE